UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMIAH J. GRIFFEN,

                Petitioner,

-against-

SUPERINTENDENT OF THE MANHATTAN
DETENTION COMPLEX, *et al.*,

                Respondents.

20-CV-3075 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

    By order dated May 5, 2020, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in fees required to file a petition in this Court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

SO ORDERED.

Dated:  June 25, 2020
          New York, New York

                                                      COLLEEN McMAHON
                                                  Chief United States District Judge