UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH J. GRIFFEN,<br><br>                              Petitioner,<br><br>    -against-<br><br>SUPERINTENDENT OF THE MANHATTAN<br>DETENTION COMPLEX, *et al.*,<br><br>                              Respondents. | 20-CV-3075 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 25, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Petitioner's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:    June 25, 2020
         New York, New York

                                              _____
                                                     COLLEEN McMAHON
                                              Chief United States District Judge